**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**RAYMOND LIZANA**                                                                             **PLAINTIFF**

**VS.**                                  **CIVIL ACTION NO. 1:08-CV-501-LTS-MTP**

**STATE FARM FIRE AND CASUALTY COMPANY**                      **DEFENDANT**

## JOINT MOTION FOR EXTENSION OF DEADLINES

**COME NOW** the Plaintiff, Raymond Lizana, by and through his Counsel, and the Defendant, State Farm Fire and Casualty Company, by and through its Counsel, and move this Court for a two week extension of deadlines in this matter. The parties respectfully requests that the Court extend the Plaintiff's deadline for designation of experts until October 15, 2009, and extend Defendant's deadline for designation of experts until November 16, 2009.

**WHEREFORE**, premises considered, the parties respectfully request that the Court extend the expert designation deadlines, as outlined above. In support of said Motion the parties would state that the parties are in agreement that said extension will not affect any other currently pending deadlines, and is necessary for the parties to prepare their respective cases.

Respectfully submitted this the 1st day of October, 2009.

                                           BY: */s/Deborah R. Trotter*
                                           DEBORAH R. TROTTER (MSB# 101360)
                                           MERLIN LAW GROUP, P.A.
                                           368 Courthouse Road, Suite C
                                           Gulfport, MS 39507
                                           Telephone (228) 604-1175
                                           Facsimile (228) 604-1176
                                           Email dtrotter@merlinlawgroup.com
                                           Attorneys for Plaintiff

                                           BY: */s/H. Scot Spragins*
                                           H. SCOT SPRAGINS (MSB# 7748)
                                           HICKMAN, GOZA & SPRAGINS, PLLC

Post Office Drawer 668
Oxford, MS 38655
Telephone (662) 234-4000
sspragins@hickmanlaw.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 1, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record, including the following: H. SCOT SPRAGINS, HICKMAN, GOZA & SPRAGINS, P.L.L.C.., POST OFFICE DRAWER 668, OXFORD, MS 38655-0668.

/s/ *Deborah R. Trotter*
DEBORAH R. TROTTER

DEBORAH R. TROTTER (MSB#101360)
**MERLIN LAW GROUP, P.A.**
368 Courthouse Road, Suite C
Gulfport, MS 39507
Telephone (228) 604-1175
Facsimile (228) 604-1176
Email dtrotter@merlinlawgroup.com
Attorneys for Plaintiff