IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

RAYMOND LIZANA                                                                                          PLAINTIFF

VS.                                                                           CIVIL ACTION NO. 1:08-CV-501-LTS-MTP

STATE FARM FIRE & CASUALTY COMPANY                                          DEFENDANT

### PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES

COMES NOW the Plaintiff, Raymond Lizana, by and through his undersigned attorney, and hereby files his Designation of Experts pursuant to Rule 26(a) of the Federal Rules of Civil Procedure and Local Rule 26.1(A)(2), identifying expert witnesses as follows:

1. Benjamin P. Jelley, Sr.
   Staff Meteorologist
   WorldWinds, Inc.
   1010 Gause Blvd, Ste B48
   Slidell, LA  70458
   (985) 641-8662

Mr. Jelley is designated as an expert witness in the field of Meteorology.  Mr. Jelley's qualifications via CV, his prior testimony within the last four years, his fee statement, his publications over the last ten years, and his signed report, have been provided to defendant.

Mr. Jelley is expected to testify regarding meteorological conditions during Hurricane Katrina.  Mr. Jelley's testimony is expected to be consistent with his report, which has been sent separately to the Defendant.  Discovery is ongoing and Mr. Jelley's report will be supplemented as facts become available. Mr. Jelley may offer rebuttal testimony.

2. Neil B. Hall
   Neil B. Hall & Associates, LLC
   1923 Corporate Square Boulevard, Ste B
   Slidell, LA  70458
   (985) 690-6008

Mr. Hall is designated as an expert witness in the field of Architecture and Civil and Structural Engineering. Mr. Hall's qualifications via CV, his prior testimony within the last four years, his fee statement, his publications over the last ten years, and his signed report, have been provided to defendant.

Mr. Hall is expected to testify regarding the extent and cause of the damage to the Plaintiff's insured property. Mr. Hall's testimony is expected to be consistent with his report, which has been sent separately to the Defendant. Discovery is ongoing and Mr. Hall's report will be supplemented as facts become available. Mr. Hall may offer rebuttal testimony.

## SUPPLEMENTATION

Plaintiff reserves the right to supplement the material transmitted contemporaneously with this Designation of Experts, pursuant to the Federal Rules of Civil Procedure 26(e) and the Local Rule 26.1(A)(2)(e), as necessary or as additional information becomes known.

Respectfully submitted this the 15th day of October, 2009.

        RAYMOND LIZANA,
        Plaintiff

BY:   */s/Deborah R. Trotter*
        DEBORAH R. TROTTER
        MSB: #101360

DEBORAH R. TROTTER
Merlin Law Group, P.A
368 Courthouse Road, Suite C
Gulfport, MS 39507
Telephone (228) 604-1175
Fax (228) 604-1176
Email dtrotter@merlinlawgroup.com
ATTORNEYS FOR PLAINTIFF

<u>CERTIFICATE OF SERVICE</u>

      I, Deborah R. Trotter, do hereby certify that I have this date filed a true and correct copy of the above and foregoing pleading which sent electronic notification via ECF to the following:

Hal S. Spragins
Hickman, Goza & Spragins
P.O. Drawer 668
Oxford, MS  38655
sspragins@hickmanlaw.com


This the 15th day of October, 2009.

                                          */s/Deborah R. Trotter*
                                          Deborah R. Trotter, MSB #101360