From: "Cathy Cole" <cathy.cole.gcgj@statefarm.com>
To: "Sharon C Johnson" <sharon.c.johnson.ctlk@statefarm.com>
BCC: Sharon C Johnson
Subject: Move Files
Sent: Tue 14 Nov 2006 22:01:00

Please move the following files to Biloxi 24-810 for mediation:

24-Z493-615
24-Z504-773

**EXHIBIT F**

Lebon, Marion S. et al v. SFF&CC

From: "Sharon C Johnson" <sharon.c.johnson.ct1k@statefarm.com>
To: "Yancy Zelaya" <yancy.zelaya.q0d2@statefarm.com>
BCC: Yancy Zelaya
Subject: FW: Move Files
Sent: Tue 14 Nov 2006 23:36:37

Yancy,

Please move the following files for mediation.

SJ

---

From:       Cathy Cole
Sent:       Tuesday, November 14, 2006 4:01 PM
To:         Sharon C Johnson
Subject:    Move Files

Please move the following files to Biloxi 24-810 for mediation:

24-Z493-615
24-Z504-773

Lebon, Marion S. et al v. SFF&CC

From: "Yancy Zelaya" <yancy.zelaya.q0d2@statefarm.com>
To: "Sharon C Johnson" <sharon.c.johnson.ct1k@statefarm.com>, "Elisa DeLeon"
<elisa.deleon.jp3t@statefarm.com>
BCC: Sharon C Johnson; Elisa DeLeon
Subject: FW: Move Files
Sent: Tue 14 Nov 2006 23:43:38

Files moved.

From: Sharon C Johnson
Sent: Tuesday, November 14, 2006 5:37 PM
To: Yancy Zelaya
Subject: FW: Move Files

Yancy,

Please move the following files for mediation.

SJ

From: Cathy Cole
Sent: Tuesday, November 14, 2006 4:01 PM
To: Sharon C Johnson
Subject: Move Files

Please move the following files to Biloxi 24-810 for mediation:

24-Z493-615
24-Z504-773

Lebon, Marion S. et al v. SFF&CC

From: "Cathy Cole" <cathy.cole.gcgj@statefarm.com>
To: "Shellie Leverett" <shellie.leverett.qjdh@statefarm.com>
BCC: Shellie leverett
Subject: FW: Mediation Cancellation
Sent: Tue 12 Dec 2006 17:21:48

This has been noted on the tracking sheet.

---

From: Mark C Harrison
Sent: Tuesday, December 12, 2006 11:13 AM
To: Cathy Cole; Tiffany Cuevas
Subject: FW: Mediation Cancellation

From: Donna Corder [mailto:Corderd@adr.org]
Sent: Tuesday, December 12, 2006 12:14 PM
To: Mark C Harrison
Subject: Mediation Cancellation

Lisa Lebon & Marion Cowand

Case # 69 408 14459 06

Claim # 24250477J

This case has been placed in abeyance until further notice.

Thank you

Lebon, Marion S. et al v. SFF&CC

From: "Jon Hernandez" <jon.hernandez.jh8a@statefarm.com>
To: "Sherri L Rutledge" <sherri.l.rutledge.atex@statefarm.com>
BCC: Sherri L Rutledge
Subject: RE:
Sent: Thu 10 Jul 2008 21:19:22

She called back again asking for another call

> From:    Sherri L Rutledge
> Sent:    Thursday, July 10, 2008 4:40 PM
> To:      Jon Hernandez
> Subject: RE:
>
> Okay thanks...
>
> > From:    Jon Hernandez
> > Sent:    Thursday, July 10, 2008 3:59 PM
> > To:      Sherri L Rutledge
> > Subject:
> >
> > Sherri,
> >
> > Lisa Cullens returned your call, she can be reached at 228-216-0506 for claim 24-2504-773

From: "Martha Montgomery" <martha.montgomery.c19e@statefarm.com>
To: "Karen Clark" <karen.clark.ckim@statefarm.com>
BCC: Karen Clark; Martha Montgomery
Subject: Request for Electronic Move - Lebon
Sent: Tue 29 Jul 2008 18:03:27

PRIVILEGED AND CONFIDENTIAL WORK PRODUCT/COMMUNICATION

Insured:     Lebon, Marion S & Cowand, Lisa

Claim No:    24-2504-773, 24-2504-786

             24-2504-793

Please move the electronic file to 24-868.

Thanks,

Martha Montgomery
State Farm Fire and Casualty Company
6424 Highway 98 West, Suite 10
Hattiesburg, MS 39402
601-261-2806

From: "Martha Montgomery" <martha.montgomery.c19e@statefarm.com>
To: "Maxcine Deloach" <maxcine.deloach.a8u1@statefarm.com>
BCC: Martha Montgomery; Maxcine Deloach
Subject: Request for Paper File -- Lebon
Sent: Tue 29 Jul 2008 18:04:10

PRIVILEGED AND CONFIDENTIAL WORK PRODUCT/COMMUNICATION

Insured:   Lebon, Marion S & Cowand, Lisa

Claim No:  24-2504-773, 24-2504-786
           24-2504-793

Please overnight the paper file to:

Martha Montgomery
State Farm Fire and Casualty Company
6424 Hwy 98 West
Suite 10
Hattiesburg, MS 39402
601-261-2806

From: "Karen Clark" <karen.clark.ckim@statefarm.com>
To: "Martha Montgomery" <martha.montgomery.c19e@statefarm.com>
BCC: Martha Montgomery
Subject: RE: Request for Electronic Move - Lebon
Sent: Tue 29 Jul 2008 18:07:44

Done.

Karen Clark
CCS-D
Claim Automation & Procedures

------

From: Martha Montgomery
Sent: Tuesday, July 29, 2008 1:03 PM
To: Karen Clark
Subject: Request for Electronic Move - Lebon

PRIVILEGED AND CONFIDENTIAL WORK PRODUCT/COMMUNICATION

Insured:    Lebon, Marion S & Cowand, Lisa

Claim No:   24-Z504-773, 24-Z504-786
            24-Z504-793

Please move the electronic file to 24-868.

Thanks,

Martha Montgomery
State Farm Fire and Casualty Company
6424 Highway 98 West, Suite 10
Hattiesburg, MS 39402
601-261-2806

Lebon, Marion S. et al v. SFF&CC