IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**RAYMOND LIZANA**                                                                      **PLAINTIFF**

**VS**                                                        **CASE NO. 1:08-CV-501-LTS-MTP**

**STATE FARM FIRE & CASUALTY COMPANY**                       **DEFENDANT**

**PLAINTIFF'S AMENDED RESPONSE**

COMES NOW Plaintiff, Raymond Lizana ("Plaintiff"), by and through undersigned counsel, and hereby files his Amended Response to amend Plaintiff's Response [Doc. 57] filed on November 10, 2009.  Defendant simultaneously filed three motions for protective order in response to Plaintiff's Notices of 30(b)(6) Depositions, one of which was an expedited motion to quash and for protective order, for which the *Lebon* Court ordered Plaintiff on November 9, 2009, to Respond by 9:00am on November 10, 2009, during Hurricane Ida Warnings.  As all three motions filed simultaneously by Defendant were similar in substance, context and argument, with the exception of the additional motion to quash in the *Lebon* case, Plaintiff's counsel determined that in the interest of judicial economy and consistency that all should be responded to simultaneously and in combination.

Plaintiff has corrected the title to his Response [Doc. 57] and references thereto in the paragraphs below.  Plaintiff hereby incorporates the remaining portions of his Response [Doc. 57], including exhibits, in its entirety.

1. The Title of Plaintiffs' Response [Doc. 57] should read: **PLAINTIFF'S COMBINED RESPONSES TO DEFENDANT'S MOTIONS FOR PROTECTIVE ORDER REGARDING PLAINTIFF'S NOTICES OF**

**30(b)(6) and 30(b)(6) IT VIDEO DEPOSITION AND ISSUANCE OF DEPOSITION SUBPOENA DUCES TECUM.**

2. Paragraph 18 of Plaintiff's Response [Doc. 57] should read: There are similar pending motions in two other cases being litigated by the firms that are parties to this motion, <u>Defendant's Expedited Motion to Quash Plaintiffs' Notices of 30(b)(6) and Issuance of Deposition Subpoena Duces Tecum, or in the Alternative, Motion for Protective Order</u> and <u>Defendant's Expedited Motion to Quash Plaintiffs' Notices of (30(b)(6) IT Video Deposition and Issuance of Deposition Subpoena Duces Tecum, or in the Alternative, Motion for Protective Order</u> in *Marion S. Lebon and Lisa Cowand v. State Farm Fire & Casualty Company,* 1:08-cv-509-LTS-RHW, and <u>Defendant's Motion for Protective Order Regarding Plaintiff's Notice of 30(b)(6) Video Deposition and Issuance of Deposition Subpoena Duces Tecum</u> and <u>Defendant's Motion for Protective Order Regarding Plaintiff's Notice of 30(b)(6) IT Video Deposition and Issuance of Deposition Subpoena Duces Tecum</u> in *New Light Baptist Church v. State Farm Fire & Casualty Company,* 1:08-cv-560-HSO-RHW.

3. Plaintiff's prayer for relief in Plaintiff's Response [Doc. 57] should read: WHEREFORE PREMISES CONSIDERED, Plaintiff, Raymond Lizana, requests that this Court deny State Farm's Motion for Protective Order and grant his request for a 30(b)(6) deponent(s) which can, at a minimum, speak to those topics outlined in Plaintiff's Notices of 30(b)(6) Deposition.  Plaintiff further requests that this Court require the requested documents to be produced pursuant to 30(b)(2) prior to or at the deposition.

Respectfully, submitted, this the 18th day of November, 2009.

/s/Deborah R. Trotter
Deborah R. Trotter, Esquire
MS Bar# 101360
MERLIN LAW GROUP, P.A.
368 Courthouse Road, Suite C
Gulfport, Mississippi  39507
Telephone:    228-604-1175
Facsimile:    228-604-1176
dtrotter@merlinlawgroup.com

**CERTIFICATE OF SERVICE**

I, DEBORAH R. TROTTER, do hereby certify that I have on this date electronically filed the foregoing document with the Clerk of Court using the ECF system, which sent notification of such filing to the following:

Hal S. Spragins
Hickman, Goza & Spragins
P.O. Drawer 668
Oxford, MS  38655
sspragins@hickmanlaw.com

This the 18th day of November, 2009.

/s/Deborah R. Trotter
Deborah R. Trotter, MSB #101360

Merlin Law Group, P.A
368 Courthouse Road, Suite C
Gulfport, MS  39507
Telephone (228) 604-1175
Fax (228) 604-1176
Email:  dtrotter@merlinlawgroup.com