IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**RAYMOND LIZANA**                                                                 **PLAINTIFF**

VS.                                               **CAUSE NO: 1:08CV501-LTS-MTP**

**STATE FARM FIRE AND CASUALTY COMPANY**
                                                                    **DEFENDANT**

### DEFENDANT STATE FARM FIRE & CASUALTY COMPANY'S SUPPLEMENTAL DESIGNATION OF EXPERT WITNESSES

**COMES NOW**, the Defendant, State Farm Fire and Casualty Company, by and through its attorneys of record, and files this, its Supplemental Designation of Expert Witnesses in this action. Defendant may additionally rely upon both the fact and opinion testimony of the following individuals:

    III.    Ralf Leistikow, P.E.
              Darren Howard
              Wiss, Janney, Elstner Associates, Inc.
              2915 Premiere Parkway, Suite 100
              Duluth, Georgia 30097
              (770) 923-9822

Mr. Leistikow and Mr. Howard may testify as experts in engineering and related issues involved in this litigation, including but not limited to the effect of weather conditions existing during Hurricane Katrina on the subject home and in the neighborhood where the subject residence was located and more specifically, the extent of damage observable in this area caused by wind, rainwater, storm surge, and flood water at 109 Briar Patch Road, Gulfport, Mississippi.

**OPINION:**

Mr. Leistikow and Mr. Howard may express the opinions as contained in their report. Their report is attached as Exhibit G. Mr. Leistikow and Mr. Howard reserve the right to supplement or modify this report should additional information become available. Mr. Leistikow and Mr. Howard may also provide rebuttal opinions at the trial of this case directed toward the opinions and conclusions of Plaintiff's experts.

**DATA AND OTHER INFORMATION CONSIDERED BY THE WITNESS IN FORMING THE OPINIONS:**

Mr. Leistikow and Mr. Howard base the above opinions upon their education and experience, documents produced in this action, site inspection and the materials and studies referenced in their report. Defendant reserves the right to timely supplement if necessary.

**EXHIBITS TO BE USED AS A SUMMARY OF OR IN SUPPORT OF THE OPINIONS:**

The exhibits to be used by these witnesses in support of their opinions include the documents referenced above as well as their report. They may also utilize charts, graphs, tables, photographs, graphics, video clips and/or other published reports, abstracts, papers, poster presentations of experts (either designated by Plaintiff or Defendant), to the extent identified in his report and/or on accompanying disk. These exhibits may be presented in the form of a slide show or PowerPoint presentation. The PowerPoint is attached as Exhibit H. This answer will be timely supplemented if necessary.

**THE QUALIFICATIONS OF THE WITNESS INCLUDING A LIST OF ALL PUBLICATIONS OFFERED BY THE WITNESS WITHIN THE PRECEDING TEN YEARS:**

*See* curriculum vitae, attached as Exhibit I.

**THE COMPENSATION TO BE PAID FOR THE ANALYSIS AND TESTIMONY:**

*See* Exhibit I.

**LISTING OF ANY OTHER CASES WHICH THE WITNESSES HAVE TESTIFIED AS AN EXPERT AT TRIAL OR BY DEPOSITION WITHIN THE PRECEDING FOUR YEARS:**

*See* Exhibit I.

Defendant reserves the right to timely supplement this document and any part hereof if necessary.

### LIST OF EXHIBITS

1) Exhibit G:   Report of WJE
2) Exhibit H:   PowerPoint of WJE
3) Exhibit I:   CV of WJE
4) Exhibit L:   Disk

**RESPECTFULLY SUBMITTED,** this the 4 day of December, 2009.

STATE FARM FIRE & CASUALTY COMPANY

HICKMAN, GOZA & SPRAGINS, PLLC
Attorneys at Law
Post Office Drawer 668
Oxford, MS 38655-0668
(662) 234-4000


   /s/ H. Scot Spragins
H. SCOT SPRAGINS, MSB#7748

**CERTIFICATE OF SERVICE**

I, H. Scot Spragins, hereby certify that on this day, December 4, 2009, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record. There are no attorneys having made an appearance on behalf of any party which require service by mail.

*/s/ H. Scot Spragins*

**H. SCOT SPRAGINS, MSB # 7748
HICKMAN, GOZA & SPRAGINS, PLLC
Attorneys at Law
Post Office Drawer 668
Oxford, MS 38655-0668
(662) 234-4000**