IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

RAYMOND LIZANA                                                                          PLAINTIFF

VS.                                                           CIVIL ACTION NO. 1:08-CV-501-LTS-MTP

STATE FARM FIRE & CASUALTY COMPANY                                DEFENDANT

**NOTICE OF 30(b)(6) VIDEO DEPOSITION AND
ISSUANCE OF DEPOSITION SUBPOENA DUCES TECUM**

TO:   ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, the Plaintiff, Raymond Lizana, will take the video deposition upon oral examination of SHARONNA MILLER, who consents to testify on behalf of State Farm Fire and Casualty Company on February 9, 2010, at 345 E. Forsyth Street, Jacksonville, FL 32202-2827, (904) 354-4111 beginning at 10:00 a.m.  Said deposition shall be taken before an official Court Reporter or some other person duly authorize administer oaths.  The deposition will commence at the time and date as herein stated, and will continue from day to day until completed.

Pursuant to FRCP 30(b)(6), Defendant "shall designate one or more officers, directors, managing agents, or other persons who consent to testify on its behalf", and "the persons so designated shall testify as to matters known or reasonably available" to said corporation.

Further, pursuant to FRCP 30(b)(6), Plaintiff requests that, at the time and place of the taking of said deposition, said corporation produce for inspection and copying **the original of** each note, memorandum, item of correspondence, picture, videotape, audiotape, policy and/or procedure manual, drawing or other document evidencing or relating to all matters described

2

below as they relate to the occurrence made the basis of Plaintiff's Complaint, which are more specifically described and requested in the attached Schedule B.

Plaintiff further requests that the corporate representative(s) should be the person or persons most familiar with the topics listed in the attached Schedule A.

                                                Respectfully submitted,

                                                */s/ Deborah R. Trotter*_____
                                                Deborah R. Trotter, MS Bar# 101360
                                                **MERLIN LAW GROUP, P.A.**
                                                368 Courthouse Road, Suite C
                                                Gulfport, MS 39507
                                                Telephone     228.604.1175
                                                Facsimile      228.604.1176
                                                Email   dtrotter@merlinlawgroup.com

## CERTIFICATE OF SERVICE

I, DEBORAH R. TROTTER, do hereby certify that I have on this date electronically filed the foregoing document with the Clerk of Court using the ECF system, which sent notification of such filing to the following:

Hal S. Spragins
Hickman, Goza & Spragins
P.O. Drawer 668
Oxford, MS  38655
sspragins@hickmanlaw.com

This the 7th day of January, 2010.

>/s/Deborah R. Trotter
>Deborah R. Trotter, MSB #101360

Merlin Law Group, P.A
368 Courthouse Road, Suite C
Gulfport, MS  39507
Telephone (228) 604-1175
Fax (228) 604-1176
Email:  dtrotter@merlinlawgroup.com