IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

RAYMOND LIZANA                                                                                          PLAINTIFF

VS                                                                            CASE NO.1:08-CV-501-LTS-MTP

STATE FARM FIRE & CASUALTY COMPANY                                           DEFENDANT

## WITHDRAWAL OF NOTICE OF DEPOSITION

TO:  All Counsel

Please take notice that the deposition of JAMES FAULKNER, scheduled to be taken on January 14, 2010, at the office of Merlin Law Group, 368 Courthouse Road, Suite C, Gulfport, MS 39507, commencing at 10:00 a.m. (CST) is withdrawn to be re-scheduled at a later date.

Respectfully submitted, this the 11th day of January, 2010.

RAYMOND LIZANA, Plaintiff

BY:   /s/Deborah R. Trotter
       Deborah R. Trotter
       MSB #101360

Merlin Law Group, P.A
368 Courthouse Road, Suite C
Gulfport, MS  39507
Telephone (228) 604-1175
Fax (228) 604-1176
Email:  dtrotter@merlinlawgroup.com

## CERTIFICATE OF SERVICE

I, DEBORAH R. TROTTER, do hereby certify that I have on this date electronically filed the foregoing document with the Clerk of Court using the ECF system, which sent notification of such filing to the following:

Hal S. Spragins
Hickman, Goza & Spragins
P.O. Drawer 668
Oxford, MS  38655
sspragins@hickmanlaw.com

This the 11th day of January, 2010.

/s/Deborah R. Trotter
Deborah R. Trotter, MSB #101360

Merlin Law Group, P.A
368 Courthouse Road, Suite C
Gulfport, MS  39507
Telephone (228) 604-1175
Fax (228) 604-1176
Email:  dtrotter@merlinlawgroup.com