IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

RAYMOND LIZANA                                                                                      PLAINTIFF

VS.                                                            CAUSE NUMBER: 1:08CV501-LTS-MTP

STATE FARM FIRE AND CASUALTY COMPANY                                         DEFENDANT

## DEFENDANT STATE FARM FIRE & CASUALTY COMPANY'S
## NOTICE OF WITHDRAWAL

COMES NOW, the defendant, State Farm Fire & Casualty Company (hereinafter "State Farm") and files this its Notice of Withdrawal as to the Notice of Deposition of Russell Lane [115] filed on or about January 14, 2010.

RESPECTFULLY SUBMITTED,

STATE FARM FIRE AND CASUALTY COMPANY

HICKMAN, GOZA & SPRAGINS, PLLC
Attorneys at Law
Post Office Drawer 668
Oxford, MS 38655-0668
(662) 234-4000

BY:   */s/ H. Scot Spragins*
           H.  SCOT SPRAGINS, MSB # 7748

## CERTIFICATE OF SERVICE

I, **H. SCOT SPRAGINS**, one of the attorneys for the Defendant, **STATE FARM FIRE & CASUALTY COMPANY**, do hereby certify that I have on this date electronically filed the foregoing document with the Clerk of Court using the ECF system which sent notification of such filing to all counsel of record.

DATED, February 3, 2010

*/s/ H. Scot Spragins*
**H. SCOT SPRAGINS**

H. SCOT SPRAGINS, MSB # 7748
HICKMAN, GOZA & SPRAGINS, PLLC
Attorneys at Law
Post Office Drawer 668
Oxford, MS 38655-0668
(662) 234-4000