IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

RAYMOND LIZANA                                                              PLAINTIFF

VS.                                               CAUSE NUMBER: 1:08CV501-LTS-MTP

STATE FARM FIRE AND CASUALTY COMPANY                      DEFENDANT

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE, having come on this day on the Joint Motion of Dismissal and the Court,

being informed that the parties hereto have reached a settlement agreement, is of the opinion that the

Joint Motion is well taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that this cause should be, and the same

is hereby, dismissed with prejudice and with each party to bear its own costs.

SO ORDERED AND ADJUDGED, this the 13th day of July, 2010.


s/ L. T. Senter, Jr.
L. T. SENTER, JR.
SENIOR JUDGE

Approved as to form by:


s/ Deborah R. Trotter
DEBORAH R. TROTTER, MSB# 101360
Attorney for Plaintiff


s/ H. Scot Spragins
H. SCOT SPRAGINS, MSB #7748
Attorney for Defendant, State Farm Fire &
Casualty Company